[No. 7495–1–III.  Division Three.  October 21, 1986.]

BOISE CASCADE CORPORATION, *Plaintiff,* v. THE PORT
OF PASCO, ET AL, *Respondents,* FARMERS UNION
CENTRAL EXCHANGE, *Appellant.*

THE PORT OF PASCO, ET AL, *Respondents,* v. NATIONAL
FARMERS UNION PROPERTY AND CASUALTY
COMPANY, *Appellant.*

Appeal from judgments of the Superior Court for Franklin County, Nos. 28554, 84–2–50077–1, Fred R. Staples, J., entered November 5, 1985. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 7152–9–III.  Division Three.  October 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. HEATHER
J. WELLS, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 84–1–00219–4, Duane E. Taber, J., entered April 19, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 6157–1–II.  Division Two.  October 21, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. SANDRA
M. VASQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C–2412, Herbert E. Wieland, J., entered February 17, 1982. *Reversed* by unpublished opinion per Petrich, J., concurred in by Reed, A.C.J., and Alexander, J.